USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT **CHARLESTON**

**American Mining Insurance Company, Inc.,
an Iowa Corporation,
            Plaintiff**

v.

Case Number **2:16-cv-03626**

**Rock "N" Roll Coal Company, Inc.,
a West Virginia Corporation,**

            **Defendant**

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list **for the above-entitled action only**. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.

I, __**Maigreade Bridget Burrus**__, hereby provide this *Notice of*
*Name of Attorney*
*Change of Attorney Information* to the Court and request the Clerk's Office to:

---

○   **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, _____,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

---

○   **Please change within-firm representation *in the above-entitled action only* as follows:**

My firm/government agency, _____,

by _____,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○ **Please remove me from the Court's service list *for the above-entitled action only* as follows:**

I am to remain counsel of record for the following party(s):
_____
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

⦿ **Please update my name and/or firm information *for the above-entitled action only* as follows:**

Former name: _____   New name: _____

New firm/government agency name:   **Bailey & Glasser LLP**
_____

New address:   **209 Capitol Street**
_____
**Charleston, West Virginia 25301**
_____

| 304-345-6555 | 304-342-1110 | mburrus@baileyglasser.com |
|---|---|---|
| New telephone number | New facsimile number | New e-mail address *(provide only if a registered CM/ECF e-filer)* |

Date: **March 28, 2017**        s/ Maigreade B. Burrus

Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
Email: mburrus@baileyglasser.com